

Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

STEVEN J. BAUM, P.C.
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service

Web Site
WWW.MBAUM.COM

May 7, 2010

Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District Of New York
355 Main Street
Poughkeepsie, NY 12601

Re: Steven W Kaznowski and Roseanne Kaznowski
Case No. 09-36194-CGM

Dear Hon. Cecelia G. Morris:

    Please allow this letter to serve as a written status report, submitted on behalf of America's Servicing Company (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures. Debtor's Counsel has resolved the lien issues from the title search. Secured Creditor has requested an updated financial package for review and is currently awaiting same.

    If there are any questions, please feel free to contact me directly at 716-650-2281.

Very truly yours,

STEVEN J. BAUM, P.C.

By: Marc D. Hess, Esq.

cc. Steven W Kaznowski
    Roseanne Kaznowski
    Andrea B. Malin, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.